Bruce L. Simon (SBN 96241; bsimon@psswplaw.com)
Esther L. Klisura (SBN 221171; eklisura@psswplaw.com)
PEARSON, SIMON, SOTER, WARSHAW & PENNY, LLP
44 Montgomery Street, Suite 1200
San Francisco, CA 94104
Telephone: (415) 433-9000
Facsimile: (415) 433-9008

*Attorneys for Direct Purchaser Plaintiffs*
*A Computer Place, Inc. and Timothy Chanda*

Michael P. Lehmann (SBN 77152; mplehmann@furth.com)
Christopher Lebsock (SBN 184546; clebsock@furth.com)
FURTH, LEHMANN LLP
225 Bush Street
San Francisco, CA 94104-4249
Telephone: (415) 433-2070
Facsimile: (415) 982-2076

*Attorneys for Indirect Purchaser Plaintiffs*
*Trong Nguyen, Roxanne Miller, and TechToysForLess*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| TRONG NGUYEN,<br><br>    Plaintiff,<br><br>vs.<br><br>SAMSUNG ELECTRONICS COMPANY LTD., et al.,<br><br>    Defendants. | CASE NO. C07-0086 SBA<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION** |
| A COMPUTER PLACE, INC., and TIMOTHY CHANDA,<br><br>    Plaintiffs,<br><br>vs.<br><br>SAMSUNG ELECTRONICS COMPANY LTD., et al.,<br><br>    Defendants | CASE NO. C07-1020 SBA |

**STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION**

| | | |
|---|---|---|
| 1 | ROXANNE MILLER, | CASE NO. C07-1147 SBA |
| 2 | Plaintiff, | |
| 3 | vs. | |
| 4 | Samsung Electronics Company Ltd., et al., | |
| 5 | Defendants. | |
| 6 | | |
| 7 | TECHTOYSFORLESS, | CASE NO. C07-1418 SBA |
| 8 | Plaintiff, | |
| 9 | vs. | |
| 10 | SAMSUNG ELECTRONICS COMPANY LTD., et al., | |
| 11 | | |
| 12 | Defendants. | |

2
**STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION**

## STIPULATION

WHEREAS, the above-captioned cases have been deemed related pursuant to Local Civil Rule 3-12;

WHEREAS, there are currently pending approximately 23 separate actions alleging antitrust violations in connection with Flash products, and a motion for transfer and coordination of these cases pursuant to 28 U.S.C. Section 1407 is currently pending with the Judicial Panel on Multidistrict Litigation;

WHEREAS, the parties believe it would be unwieldy, inefficient, and unproductive to conduct alternative dispute resolution discussions in the many pending actions until an interim lead plaintiffs' counsel is appointed;

WHEREAS, the parties anticipate the Court's appointment of interim lead class counsel who shall have responsibility for consulting with other plaintiffs' counsel in the selection of alternative dispute resolution;

WHEREAS, pursuant to Civil Local Rule 16-8(b) and ADR Local Rule 3-5(b), the undersigned direct purchaser plaintiffs, indirect purchaser plaintiffs, and defendants in these actions, by and through the undersigned attorneys, have met and conferred regarding these issues;

PLAINTIFFS AND DEFENDANTS, BY AND THROUGH THE UNDERSIGNED COUNSEL, HEREBY STIPULATE AND AGREE AS FOLLOWS:

1. The parties agree that the selection of an alternative dispute resolution process is premature at this time;

2. The parties agree to resume discussions on the selection of an alternative dispute resolution process after the appointment of interim lead class counsel, and in the context of further meet and confer discussions on case management.

1  DATED: May 10, 2007         PEARSON, SIMON, SOTER, WARSHAW
2                              & PENNY, LLP
3                              By: *Esther Klisura*
4                                  Esther L. Klisura
5                              *Attorneys for Direct Purchaser Plaintiffs A
                               Computer Place, Inc. and Timothy Chanda*
6
7
8
9  DATED: May 10, 2007         FURTH LEHMANN LLP
10
11                             By: *Esther Klisura* with permission from
                                   Christopher Lebsock
12
                               *Attorneys for Indirect Purchaser Plaintiffs Trong
13                             Nguyen, Roxanne Miller, and TechToysForLess*
14
15
16 DATED: May 10, 2007         SHEPPARD MULLIN RICHTER & HAMPTON
17                             LLP
18
19                             By: *Mona Solouki*
                                   Mona Solouki
20
                               *Attorneys for Defendant Samsung Semiconductor,
21                             Inc. and with permission from Defendants
                               Hitachi America, Ltd., Renesas Technology
22                             America, Inc., Micron Technology, Inc., Micron
                               Semiconductor Products, Inc., Hynix
23                             Semiconductor America, Inc., Toshiba America
                               Inc., Toshiba America Electronics Components,
24                             Inc., and Mosel Vitelic Corporation (USA)*
25
26
27
28

4
**STIPULATION AND [PROPOSED] ORDER REGARDING ALTERNATIVE DISPUTE RESOLUTION**

**<s>PROPOSED</s> ORDER**

IT IS SO ORDERED.

Dated: 5/15/07  By: *Saundra B. Armstrong*
Honorable Saundra B. Armstrong
United States District Court Judge